IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PN II, INC.,
    a Nevada corporation,

        Plaintiff,                              Case No. 06-11012

v.

                                          Honorable Sean F. Cox

INLINE FIBERGLASS, LTD.,
    a Canadian corporation formed in the Province of Ontario, and

STANLEY ROKICKI,
    an individual resident of Ontario, Canada,

        Defendants.
_____/

| | |
|---|---|
| Eric M. Dobrusin (P41605) | Ronald S. Thompson (P39732) |
| Jeffrey P. Thennisch (P51499) | Thompson Morello, P.C. |
| Hattem A. Beydoun (P66071) | Attorneys for Defendants: |
| Dobrusin & Thennisch, P.C. |     Inline Fiberglass Ltd & Stanley Rokicki |
| Attorneys for Plaintiff PN II, Inc. | 41000 Seven Mile Road, Suite 200 |
| 29 W. Lawrence Street, Suite 210 | Northville, Michigan  48167 |
| Pontiac, Michigan 48342 | (248) 347-2950/(248) 347-2999 |
| (248) 292-2920/(248) 292-2910 (Fax) | |
| hbeydoun@patentco.com | |

_____/

# **STIPULATED ORDER GRANTING PLAINTIFF PN II, INC'S MOTION STRIKING INLINE FIBERGLASS, LTD'S ENTIRE PLEADING AT DOCKET ENTRY 13 AND STRIKING INLINE FIBERGLASS, LTD'S COUNTERCLAIMS ONLY AT DOCKET ENTRY 14**

The parties hereby agree that Inline Fiberglass, Ltd's Pleading at Docket Entry 13 is stricken and Inline Fiberglass, Ltd's Counter Claims at Docket Entries 14 are also stricken. Inline Fiberglass, Ltd's Answer and Affirmative Defenses at Docket Entry 14 remain and are not stricken under this Order.

Therefore,

**IT IS HEREBY ORDERED** that Inline Fiberglass, Ltd's Pleading at Docket Entry 13 is stricken and Inline Fiberglass, Ltd's Counter Claims at Docket Entries 14 are also stricken. Inline Fiberglass, Ltd's Answer and Affirmative Defenses at Docket Entry 14 remain and are not stricken under this Order.

**SO ORDERED.**


DATE: September 19, 2006                                    _s/Sean F. Cox_____
                                                            Honorable Sean F. Cox
                                                            U.S. District Court Judge

So Stipulated:

s/Hattem Beydoun/_ Date: 09/18/2006         s/Ronald S. Thompson/_ Date: 09/18/2006
Hattem A. Beydoun (P66071)                  Ronald S. Thompson (P39732)
Dobrusin & Thennisch, P.C.                  Thompson Morello, P.C.
Attorneys for Plaintiff PN II, Inc.         Attorneys for Defendants:
29 W. Lawrence Street, Suite 210            Inline Fiberglass Ltd & Stanley Rokicki
Pontiac, Michigan 48342                     41000 Seven Mile Road, Suite 200
(248) 292-2920/(248) 292-2910 (Fax)         Northville, Michigan  48167
hbeydoun@patentco.com                       (248) 347-2950/(248) 347-2999